IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT MOSER, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cv-00607-SWW |
| | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Pursuant to the joint stipulation of dismissal [doc.#52], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 8th day of July 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE